## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ESTEFAN ENTERPRISES, INC.,
a Florida corporation,

    Plaintiff,
vs..                                  CASE NO. 8:05-CIV-810-T-17TGW

COCO BONGO, INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER FOR PERMANENT INJUNCTION

The Court, having considered Plaintiff's Motion for Entry of Permanent Injunction, and based thereon,

**IT IS ORDERED AND ADJUDGED THAT**:

1. Plaintiff's Motion for Entry of Permanent Injunction (Docket No. 11) be and the same is hereby **granted**.

2. Defendant, and its agents, officers, servants, employees, successors and assigns and all others acting in concert or in privity with Defendant, shall be and is hereby **permanently enjoined and restrained** from using, imitating and/or copying Plaintiff's BONGOS CUBAN CAFÉ mark or any identical or substantially similar derivation thereof, including, but not limited to, "Club Coco Bongo," "Coco Bongo Night Club," "Coco Bongo Tampa Night Club" and/or www.clubcocobongo.com and from imprinting, producing, marketing, selling, transporting, distributing, moving and/or otherwise circulating any and all services or products which bear Plaintiff's BONGOS CUBAN CAFÉ mark, or any identical or substantially similar derivation thereof, including, but not limited to, "Club Coco Bongo," "Coco Bongo Night Club," "Coco Bongo Tampa Night Club" and/or www.clubcocobongo.com.

CASE NO. 8:05-CIV-810-T-17TGW

3. Defendant, and its agents, officers, servants, employees, successors and assigns and all others acting in concert or in privity with Defendant, shall be and is hereby **permanently enjoined and restrained** from using Plaintiff's BONGOS CUBAN CAFÉ marks or any color able simulation or imitation thereof, including, but not limited to, "Club Coco Bongo," "Coco Bongo Night Club," "Coco Bongo Tampa Night Club" and/or www.clubcocobongo.com" in connection with any promotion, advertisement, display, sale or circulation of any services or products, which in any way might, could or does falsely relate or associate Defendant with Plaintiff.

4. The Court shall maintain continuing jurisdiction over this action to enforce this Permanent Injunction against Defendant.

5. The Clerk of Court is directed to close this case and terminate any pending motions.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 7th day of September, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All
parties and Counsel of Record
    Defendant: Coco Bongo, Inc.
    4235 North Armenia Avenue
    Tampa, Florida 33607  and

    Coco Bongo, Inc.
    c/o its Registered Agent
    Joseph L. Diaz
    2522 West Kennedy Blvd.
    Tampa, FL 33609