## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ESTEFAN ENTERPRISES, INC.,
    Plaintiff,

vs.                          CASE NO. 8:05-CIV-810-T-17-TGW

COCO BONGO, INC.,
    Defendant.
_____/

## ORDER

    This cause is before the Court on the plaintiff's motion for sanctions (Docket No. 15). The defendant has failed to oppose the motion. The Court finds the motion well taken. Accordingly, it is

    **ORDERED** that the motion for sanctions be **granted** and the following sanctions are imposed against Defendant and its officers and directors, Edwin Gomez and Giovanny Santa Cruz, based on the defendant's willful violation of this Court's injunction: 1) a per diem fine of $1,000.00 until such time as Defendant complies with the Court's injunction; 2) an accounting of Defendant's profits since the date of the entry of the injunction so that compensatory damages may thereafter be assessed; and 3) an award of reasonable attorney's fees and costs incurred as a result of Defendant's willful violation of this Court's injunction to be determined and assessed upon Defendant's compliance with the Court's injunction.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 23rd day of January, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record